IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SCOTTY ANGLIN and
ASHLEY ANGLIN                                                          PLAINTIFFS

v.                                      Civil No. 1:19-cv-1022

DEWAYNE FAULKNER and
BETTY FAULKNER                                                        DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion to Dismiss (ECF No. 34), which notifies the Court that the parties have resolved all issues in this case.  Upon consideration, the Court finds that the Motion to Dismiss (ECF No. 34) should be and hereby is **GRANTED**.  Accordingly, the trial scheduled for the week of February 8, 2021, is cancelled.  The above styled cause is **DISMISSED WITH PREJUDICE**, subject to the terms of the settlement agreement.  **IT IS ORDERED** that if any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment.

The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 10th day of September, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge